UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:  IN THE MATTER OF THE
COMPLAINT OF SHAWNA RAYE,
LLC, AS OWNER AND WILLIAM
COMEAUX AND RUTH ANNE
COMEAUS, AS OWNERS PRO HAC
VICE OF THE 2006 47' NAUTITECH
VESSEL

_____

SHAWNA RAYE, LLC, WILLIAM
COMEAUX and RUTH ANN
COMEAUX,

       Plaintiffs,

v.                                                                Case No:  2:15-cv-770-FtM-99CM

JOHN DOE,

       Defendant.

_____

## ORDER APPROVING *AD INTERIM* STIPULATION, NOTICE OF MONITION AND INJUNCTION

A Complaint has been filed herein by Petitioners, SHAWNA RAYE, LLC, as

owner, and WILLIAM COMEAUX and RUTH ANNE COMEAUX (the

"COMEAUXS"), as owners *pro hac vice*, of the 2006 47' NAUTITECH VESSEL (hull

identification number FRNAUN0192G606) (the "Vessel").  Petitioners are claiming

the benefits of exoneration from or limitation of liability as provided for in the Act of

Congress embodied in 46 U.S.C. § 30501, *et seq.*, together with all statutes

supplementary thereof, and Rule F of the Supplemental Rules for Certain Admiralty

and Maritime Claims of the Federal Rules of Civil Procedure.  Petitioners also are

contesting liability independently of the limitation of liability claim under said Act

for any loss, damage, personal injuries, or destruction of property or other occurrences

arising from the incident described in said Complaint, which occurred on or about

July 9, 2015 on the navigable waters of the United States in Punta Gorda, Charlotte

County, Florida.  Petitioner's Complaint also states the facts and circumstances on

which such exoneration from or limitation of liability is claimed; and on hearing

counsel for Petitioners and on considering the Complaint and Declaration of Value,

which are on file herein, and considering Petitioners are able and willing to make

such increases or decreases in the *Ad Interim* Stipulation, together with adequate

surety as the Court may from time to time require and the value of Petitioners'

interest in the Vessel can be more definitely ascertained, the Court finds that an *Ad

Interim* Stipulation in the amount of $13,000.00 fully covers the value of Petitioners'

interest in the Vessel, together with her engines, tackles, appurtenances, etc.

ACCORDINGLY, it is hereby

**ORDERED** that the *Ad Interim* Stipulation filed by Petitioners herein, which

represents the value of Petitioners' interest in the Vessel and her pending freight, as

fixed by the Court herein in the amount of $13,000.00 with Petitioners being subject

to such increases in the amount of such *Ad Interim* Stipulation, together with

adequate surety, as the Court may from time to time order according to the rules and

practices of this Court, be and is hereby **APPROVED**.  It is further

**ORDERED** that if the amount of said *Ad Interim* Stipulation is not contested by any Claimant herein, said *Ad Interim* Stipulation shall stand as a stipulation for the value and an appraisal by a Commissioner will not be required; and

**IT IS FURTHER ORDERED AND ADJUDGED** that the Notice of Monition filed herein by Petitioners, which advises and admonishes all persons asserting claims for any and all losses, damages, injuries, deaths, or destruction allegedly as a result of the occurrences and happenings recited in the Complaint, to file their respective claims with the Clerk, United States District Court for the Middle District of Florida, 2110 First Street, Fort Myers, Florida 33901, **on or before February 8, 2016**, and serve Petitioners' attorneys, Hamilton, Miller & Birthisel, LLP, 100 S. Ashley Drive, Suite 1210, Tampa, Florida 33602, a copy thereof, or be defaulted.  If any claimant desires to contest Petitioners' right to exoneration from or limitation of liability, Claimant shall file and serve on Petitioners' attorneys an answer to the Complaint, on or before said date, unless the claim included an answer to the Complaint so designated, or be defaulted, be and is hereby **APPROVED**.  It is further

**ORDERED AND ADJUDGED** that the aforesaid Notice of Monition, in the form required by Rule F of the Supplemental Rule for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, shall be published in accordance with Rule F, Supplemental Rules for Certain Admiralty and Maritime Claims and Local Admiralty Rules 7.01 and 7.06, and that Petitioners' Notice of Monition shall stand as if it were issued out of and under the seal of this Court.  It is further

3

**ORDERED AND ADJUDGED** that the commencement or further prosecution of any action or proceeding against Petitioners, the Vessel or any other property of Petitioners with respect to any claims for which Petitioners seek exoneration from or limitation of liability herein, including any claim arising out of or incident to or connected with any loss, damage, injury, death or destruction, more fully described in the Complaint, be and the same is hereby restrained, stayed, and enjoined until the hearing and determination of this action.  It is further

**ORDERED AND ADJUDGED** that the service of this Order as a restraining order may be made by mailing a conformed copy of it to the person or persons to be restrained, or to their respective attorneys, or alternatively, by hand delivery.

**IT IS FINALLY ORDERED AND ADJUDGED** that Petitioners, no later than the second day of publication of the notice ordered herein, shall mail a copy of the notice to every person or entity known to have made a claim against Petitioners or the Vessel arising out of the incident more fully described in the Complaint.

**DONE** and **ORDERED** in Fort Myers, Florida on this 17th day of December, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies to:

Counsel of record

4