UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:  IN THE MATTER OF THE
COMPLAINT OF SHAWNA RAYE, LLC,
AS OWNER AND WILLIAM COMEAUX
AND RUTH ANNE COMEAUS, AS
OWNERS PRO HAC VICE OF THE
2006 47' NAUTITECH VESSEL

SHAWNA RAYE, LLC, WILLIAM
COMEAUX and RUTH ANN
COMEAUX,

      Plaintiffs,

v.                                                Case No:  2:15-cv-770-FtM-99CM

JOHN DOE,

      Defendant.
_____/

## ORDER[1]

This matter comes before the Court on consideration of United States Magistrate Judge Carol Mirando's Report and Recommendation (Doc. #17) filed on May 9, 2016. Judge Mirando recommends granting Petitioners' Motion for Entry of Final Default Judgment (Doc. #16).  No objections were filed, and the time to do so has now expired.

---

[1]  Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If no specific objections to findings of fact are filed, the district judge is not required to conduct a *de novo* review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993). However, the district judge must review legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994)

After careful consideration of the Report and Recommendation and an independent review of the file, the Court adopts, accepts, and approves the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #17) is **ACCEPTED and ADOPTED** and the findings are incorporated herein.

2. Petitioners' Motion for Entry of Final Default Judgment (Doc. #16) is **GRANTED**.

3. The Clerk shall enter default judgment in favor of Petitioners Shawna Raye, LLC, as owner, and William Comeaux and Ruth Anne Comeaux, as owners *pro hac vice*, of the 2006 47' NAUTITECH VESSEL (hull identification number FRNAUN0192G606), her engines, tackles, appurtenances, etc., against all claimants who have not timely filed claims or answers in response to Petitioners' Complaint for Exoneration from or Limitation of Liability (Doc. #1).

**DONE** and **ORDERED** in Fort Myers, Florida, this 28th day of June, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record